# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JOHN DUMAS,                              )
                                         )
                    Plaintiff,           )
vs.                                      )          NO. CIV-18-0513-HE
                                         )
COMMISSIONER OF SOCIAL                   )
SECURITY,                                )
                                         )
                    Defendant.           )

## ORDER

In this action, plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner") that plaintiff was not disabled under the terms of the Social Security Act. On December 21, 2018, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending that the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by January 11, 2019.

Neither party objected to the Report and Recommendation. Therefore, the parties have waived their rights to appellate review of the factual and legal issues it addressed. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #21] and **AFFIRMS** the decision of the Commissioner.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2019.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE